UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI E. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>JIM MACDONALD, et al.,<br><br>    Defendants. | Case No. 15-cv-04484-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Court's March 1, 2017 and June 26, 2018 Orders denying the Petition for a Writ of Habeas Corpus.

**IT IS SO ORDERED.**

Dated: June 27, 2018

William H. Orrick
United States District Judge